JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SLATE,<br><br>        Plaintiff,<br><br>vs.<br><br>MS SERVICES, LLC,<br><br>        Defendant. | CASE NO.: 8:18-cv-00906-FMO-AFM<br><br>**ORDER GRANTING STIPULATION [18] TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed:     May 25, 2018<br>Hon. Fernando M. Olguin |

    Having considered the parties' Stipulation to Dismiss, the above-entitled action is hereby dismissed, with prejudice. Each party shall bear its own costs and expenses.

    IT IS SO ORDERED.

Dated: December 20, 2018

                                    /s/
                            Hon. Fernando M. Olguin
                            UNITED STATES DISTRICT JUDGE